
KAR/W/DJD: USAO 2018R00141

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 18CR525 |
| | * | |
| CHRISTOPHER ANDREW SMITH, | * | (Involuntary Manslaughter, 18 U.S.C. |
| | * | § 1112; Possession of Controlled |
| Defendant | * | Substance and Controlled Substance |
| | * | Analogue, 21 U.S.C. § 844; Reckless |
| | * | Driving, 36 C.F.R. 4.2, Md. Transp. |
| | * | Art. § 21-901.1(a); Driving Without a |
| | * | License, 36 C.F.R. 4.2, Md. Transp. |
| | * | Art. § 16-101; Failure to Place Child |
| | * | in Safety Seat, 36 C.F.R. 4.2, Md. |
| | * | Transp. Art. § 22-412.2) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about February 5, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER ANDREW SMITH,**

on lands within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7, did unlawfully kill the Victim without malice, in the commission of an unlawful act not amounting to a felony, that is, while driving a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

18 U.S.C. § 1112

## COUNT TWO
### (Possession of Controlled Substance and Controlled Substance Analogue)

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER ANDREW SMITH,**

did knowingly and intentionally possess (i) a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and (ii) a mixture and substance containing a detectable amount of n-ethylpentylone, a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813.

21 U.S.C. § 844

## COUNT THREE
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER ANDREW SMITH,**

on lands within the special maritime and territorial jurisdiction of the United States, administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2
Md. Transp. Art. § 21-901.1(a)

## COUNT FOUR
### (Driving Without a License)

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER ANDREW SMITH,**

on lands within the special maritime and territorial jurisdiction of the United States, administered by the National Park Service, did drive a motor vehicle without a driver's license.

36 C.F.R. § 4.2
Md. Transp. Art. § 16-101

## COUNT FIVE
### (Failure to Place Child in Safety Seat)

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2018, in the District of Maryland, the defendant,

**CHRISTOPHER ANDREW SMITH,**

on lands within the special maritime and territorial jurisdiction of the United States, administered by the National Park Service, did transport a child under the age of 8 in a motor vehicle without securing the child in a child safety seat.

36 C.F.R. § 4.2
Md. Transp. Art. § 22-412.2

*Robert Hur* o/p
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 22, 2018