# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 2 6 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. PWG-18-525 |
| | * | |
| CHRISTOPHER SMITH, | * | |
| | * | |
| Defendant | * | |
| | ***** | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Crime Scene Photo – Parkway Shoulder of Roadway (right) – Police Marking Road |
| 2 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Crime Scene Photo – Parkway Shoulder of Roadway (left) and left lane |
| 3 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Crime Scene Photo – Parkway Shoulder of Roadway (left) |
| 4 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Nissan on tree |
| 5 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Crime Scene Photo – Police Cruiser |
| 6 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Crime Scene Photo – Parkway Shoulder of Roadway (left) with Fire Truck |
| 7 | NOV 2 6 2019 | NOV 2 6 2019 | Sgt. Matt Manning | Manning diagram |
| 8 | | | | Manning diagram with vehicle overlaid |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |