# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. PWG-18-0525 |
| CHRISTOPHER ANDREW SMITH | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
## (REINSTATE WEEKENDS OUT WITH SON)

Mr. Christopher Smith, through counsel, hereby moves this Honorable Court to modify the conditions of his pretrial release. Mr. Smith respectfully respects that the Court reinstate the weekend leave from home detention with his son that was granted in ECF No. 51 and rescinded in ECF No. 67. In support of this Motion, Mr. Smith states as follows:

1. Mr. Smith has been on release in this case for nine months, since May 11, 2019. With the exception of the violation adjudicated on December 9, 2019, he has been fully compliant with all of his release conditions. His sentencing has been set for May 29, 2020.

2. On October 22, 2019, the Court issued an Amended Release Order, adding the following exception to Mr. Smith's location monitoring condition: "For every Friday (4:00 pm) to Sunday (6:30 pm), Defendant is permitted to leave the house with his son only. Defendant shall be back in the house by 8:00 pm (Friday and Saturday) nights. Defendant and son can be out of the house from 10:00 am to 8:00 pm on Saturday; 10:00 am – 6:30 pm on Sunday." ECF No. 51 at 2.

3. The Court subsequently rescinded that exception on December 9, 2019 as a sanction for the release violation set forth in the December 2, 2019 Notice of Apparent Violation.

4. Two months have now passed since the exception was rescinded and Mr. Smith has not engaged in any other violations of his release conditions. He has been appropriately sanctioned and admonished. It would be in the interests of his son and the interests of justice generally to reinstate the exception, particularly given the relatively long time remaining until sentencing.

5. Pursuant to 18 U.S.C. § 3142(c)(3), the Court may modify conditions of release at any time.

6. Undersigned counsel sought the consent of the government and the position of Pretrial Services on this motion, however, the government and Pretrial Services oppose the motion.

**WHEREFORE**, Mr. Smith respectfully requests that the Court modify his location monitoring condition to reinstate the weekend leave from home detention with his son, as set forth in the attached Proposed Order.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
DOUGLAS R. MILLER (Bar # 18309)
NED SMOCK
Assistant Federal Public Defenders
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
douglas_miller@fd.org
ned_smock@fd.org

## **REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the foregoing motion.

_____/s/_____
DOUGLAS R. MILLER (Bar # 18309)
NED SMOCK
Assistant Federal Public Defenders